IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GREGORY, on behalf of himself and all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendant(s)._____/ | CASE NO. 12-CV-2815 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Andrew B. Clubok, whose business address and telephone number is 601 Lexington Avenue, New York, NY  10022; telephone: 212-446-4800; email: andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of  DC, NY and OH

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  June 28, 2012

_____
United States District Judge